UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. - 4745
LOW & LOW, LLC
505 Main St., Suite 304
Hackensack, NJ 07601
201-343-4040

**Order Filed on August 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Hector L. Santos, Jr.

| | |
|---|---|
| Case No.: | 18-14309 |
| Chapter: | 13 |
| Judge: | MBK |

## ORDER ON MOTION FOR AUTHORIZATION
## TO ENTER INTO FINAL LOAN MODIFICATION AGREEMENT
## (CHAPTER 13)

The relief set forth on the following page is **ORDERED**.

**DATED: August 5, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having reviewed the Motion for Authorization to Enter into Final Loan Modification Agreement filed on _July 21, 2020_____, as to the _first_____ mortgage *[enter first, second, third, etc.]* concerning real property located at _308 Pine Street Middletown, NJ 07748_____, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

☒        The debtor is authorized to enter into the final loan modification agreement.

1)        The loan modification must be fully executed no later than 14 days from the date of this order. If it is not, the secured creditor, within 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2)        Upon the filing of the Certification required above, and absent a response from the debtor, the standing trustee may disburse to the secured creditor all funds held or reserved relating to its claim. Absent the filing of the Certification within the time frame set forth above, the standing trustee will disburse funds on hand to other creditors pursuant to the provisions of the confirmed Plan and any proof of claim filed in this case with respect to the mortgage is deemed modified and incorporated into the Loan Modification Agreement; and

3)        Unless the debtor's Plan has been confirmed with 100% paid to unsecured creditors, the debtor must file a *Modified Chapter 13 Plan and Motions* within 14 days of consummation of the loan modification. If the loan modification results in material changes in the debtor's expenses, the debtor must also file amended Schedules I and J within 14 days of the date of this Order; and

4)        Check one:

        ☐ There is no order requiring the debtor to cure post-petition arrears through the Plan; or

        ☒ Post-petition arrears are capitalized into the loan modification agreement, and the Order filed on _August 1, 2019_____ requiring the Standing Trustee to make payments based on the arrearage is vacated as of the date of this order; or

        ☐ Post-petition arrears have not been capitalized into the loan modification agreement, and the Standing Trustee will continue to make payments to the secured creditor based on the Order filed on _____; and

5)        If fees and costs related to loss mitigation/loan modification are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed.

        ☐ The Motion for Authorization to Enter into Final Loan Modification Agreement is denied.

*new.12/17/19*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-14309-MBK
Hector L. Santos, Jr.                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: Aug 05, 2020
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db              +Hector L. Santos, Jr.,   308 Pine St,   Middletown, NJ 07748-5544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    NewRez, LLC d/b/a Shellpoint Mortgage Servicing
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
         Servicing kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
        Russell L. Low    on behalf of Debtor Hector L. Santos, Jr. ecf@lowbankruptcy.com,
         ecf@lowbankruptcy.com;r57808@notify.bestcase.com
        Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         smncina@rascrane.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 7